FILED by __ B __ D.C.

Mar 27, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**18-20228-CR-SCOLA/TORRES**

CASE NO. _____

18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

vs.

ANNA DE GOBBI,

      Defendant.
_____ /

## INFORMATION

The United States Attorney charges that:

**FALSE STATEMENT**
**(18 U.S.C. § 1001(a)(2))**

On or about February 8, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, in a matter within the jurisdiction of the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, an agency within the executive branch of the United States Government, the defendant,

**ANNA DE GOBBI,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant represented to an agent of the Department of Homeland Security that she did not initiate certain credit card charges, when, in truth and in fact, and as the defendant then and there well knew, she did initiate said credit card charges, in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| ANNA DE GOBBI, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** _____ / | **Superseding Case Information:** |

**Court Division:** (Select One)

__X__ Miami  ____ Key West
____ FTL    ____ WPB  ____ FTP

New Defendant(s)       Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  __NO__
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days       __X__        Petty     ____
   II   6 to 10 days      ____         Minor     ____
   II   11 to 20 days     ____         Misdem.   ____
   IV   21 to 60 days     ____         Felony    __X__
   V:   61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  __No__
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers: 17-20642-CR-DMM
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  __X__ No

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 91337

*Penalty Sheet(s) attached                                          REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANNA DE GOBBI

**Case No:** _____

Count #: 1

False Statement

Title 18, United States Code, Section 1001(a)(2)

**\* Max. Penalty:**        Five (5) years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| ANNA DE GOBBI, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*